UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY N. GILBERT, )
)  Civil Action Number 1:13-CV-00259
Plaintiff, )
)
)  HONORABLE PAUL L. MALONEY
)
v. )
)
COMMISSIONER OF )
SOCIAL SECURITY, )
Defendant. )
       Defendant.

## **J U D G M E N T**

In accordance with this Court's order dated  8/21/2013 , judgment is hereby entered in Plaintiff's favor reversing the Commissioner's decision with remand to the agency for further development (including obtaining additional evidence, evaluating Plaintiff's medically-determinable impairments at step two of the sequential evaluation process, further evaluating the treating sources opinions, further evaluating the credibility of Plaintiff's allegations, assessing the residual functional capacity, and obtaining vocational evidence regarding the effect of Plaintiff's nonexertional limitations on the occupational base) and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: August 21, 2013            /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               Chief United States District Judge