UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY GILBERT,

       Plaintiff,

                                       Case No.: 1:13-cv-259

v.

                                       HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 35). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that Plaintiff's motion for attorneys fees pursuant to the Equal Access to Justice Act (ECF No. 32) is **GRANTED**. Judgment shall enter in Plaintiff's favor against the defendant in the amount of $1,802.50.

Dated: December 11, 2013                                 /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge