UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRITTANY GILBERT,

        Plaintiff,

                                        Case No. 1:13-cv-259

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the plaintiff and against the defendant in the amount of $1,802.50.


Date:   December 11, 2013                              /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                        Chief United States District